78 F.3d 588
 NOTICE: Eighth Circuit Rule 28A(k) governs citation of unpublished opinions and provides that they are not precedent and generally should not be cited unless relevant to establishing the doctrines of res judicata, collateral estoppel, the law of the case, or if the opinion has persuasive value on a material issue and no published opinion would serve as well.
Augustine BAILEY, Debbie Bailey, Laverne Gregory, and Merle
Johnson, Appellants,
v.
AREA AGENCY ON AGING OF SOUTHEAST ARKANSAS, INC.; Bobby
Ashcraft, in His Individual and Official Capacity as a
Member of Its Board of Directors; Wilson Crain, in His
Individual and Official Capacity as a Member of Its Board of
Directors; Florene Chadick, in Her Individual and Official
Capacity as a Member of Its Board of Directors; Nelson
Thompson, in His Individual and Official Capacity as a
Member of Its Board of Directors; Cary Clark, in His
Individual and Official Capacity as a Member of Its Board of
Directors; James Bennett, in His Individual and Official
Capacity as a Member of Its Board of Directors; Paul
Fisher, in His Individual and Official Capacity as a Member
of Its Board of Directors; and John Clark, in His
Individual and Official Capacity as a Member of Its Board of
Directors, Appellees.
 No. 95-2524.
 United States Court of Appeals, Eighth Circuit.
 Submitted Feb. 14, 1996.
Decided March 11, 1996.
 
 Before BOWMAN, BEAM, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
 PER CURIAM.
 
 
 1
 In 1992, the four plaintiffs were fired from their positions as van drivers for the Area Agency on Aging of Southeast Arkansas. They sued the agency and its board of directors in federal district court, alleging a deprivation of constitutional rights by the state. See 42 U.S.C. § 1983.
 
 
 2
 On motion, the district court granted summary judgment to the defendants in mid-1995, holding that there was no state action by the defendants. The plaintiffs appealed. We have read the briefs, examined the exhibits, considered the district court record, and heard oral argument by the parties. Because we discern no error of law in the record, we affirm the judgment of the district court.[1] See 8th Cir. R. 47B.
 
 
 
 [1]
 The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas